IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | |
| BUCCANEER RESOURCES, LLC, et al., § | | Chapter 11 |
|     Debtors. § | | |
| § | | Case No. 14–60041 (DRJ) |
| § | | (Jointly Administered) |
| COOK INLET REGION, INC., § | | |
|     Plaintiff, § | | Adv. Case No.: 14–06002 |
| § | | |
| VS. § | | |
| § | | |
| AIX ENERGY, LLC, § | | |
|     Defendant. § | | |

**UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Cook Inlet Region, Inc. ("CIRI") and files this Unopposed Motion for Dismissal with Prejudice and would respectfully show this Court as follows:

1. On July 30, 2014, CIRI filed its Original Complaint for Avoidance of Liens and Disallowance of Claim in Whole or in Part against Defendant AIX Energy, Inc. ("AIX") (Dkt. 1).

2. AIX has not been served. AIX has not filed an answer nor has it filed a motion for summary judgment nor has it filed any other pleading in this case.

3. On September 24, 2014, at the request of the parties, the Court entered a minute entry abating the scheduling conference.

4. CIRI and AIX have entered into a settlement which, in part, resolves the claims made by CIRI in this lawsuit.

1

5. Pursuant to Federal Rule of Civil Procedure 41 made applicable through Bankruptcy Rule 7041, CIRI files this Motion for Dismissal With Prejudice with respect to the claims asserted by CIRI in its Original Complaint in this case. CIRI asks that its claims be dismissed and this adversary proceeding be closed.

**DATED**: January 29, 2015.

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: */s/ Robert L. Paddock*
    ROBERT L. PADDOCK
    State Bar No. 24002723
    robert.paddock@tklaw.com
    RANDY W. WILLIAMS
    State Bar No.: 21566850
    randy.williams@tklaw.com
333 Clay Street, Suite 3300
Houston, TX 77002-4499
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

    Ira L. Herman
    State Bar No. 24063314
    ira.herman@tklaw.com
    Jennifer A. Christian
    (admitted *pro hac vice*)
    jennifer.christian@tklaw.com
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113

**ATTORNEYS FOR PLAINTIFF,
COOK INLET REGION, INC.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of January, 2015, a true and correct copy of the foregoing instrument was served electronically in compliance with the Court's Electronic Filing Procedures on all counsel of record who are deemed to have consented to electronic service and on all other parties via the methods indicated below.

| | |
|---|---|
| Joshua W. Wolfshohl | *via Electronic Mail* |
| PORTER HEDGES LLP | |
| 1000 Main Street, 36th Floor | |
| Houston, Texas 77002 | |
| jwolfshohl@porterhedges.com | |

                */s/ Robert L. Paddock*
                RO BERT L. PADDOCK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| BUCCANEER RESOURCES, LLC, et al., | § | Chapter 11 |
|     Debtors. | § | |
| | § | Case No. 14–60041 (DRJ) |
| | § | (Jointly Administered) |
| COOK INLET REGION, INC., | § | |
|     Plaintiff, | § | Adv. Case No.: 14–06002 |
| | § | |
| VS. | § | |
| | § | |
| AIX ENERGY, LLC, | § | |
|     Defendant. | § | |

## **ORDER OF DISMISSAL**

On this day came to be heard Plaintiff Cook Inlet Region, Inc.'s Unopposed Motion for Dismissal with Prejudice, and after due consideration, the Court finds that the Unopposed Motion for Dismissal with Prejudice, be GRANTED. It is therefore,

ORDERED that Plaintiff's Unopposed Motion for Dismissal with Prejudice is hereby GRANTED. It is further,

ORDERED that Adversary Proceeding No. 14-6002 is CLOSED. It is further,

ORDERED that all costs are taxed against the party incurring the same.

SIGNED on this the _____ day of _____, 2015.

_____
JUDGE PRESIDING