

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/23/2015

| | | |
|---|---|---|
| In re:<br>BUCCANEER RESOURCES, LLC, et al.,<br>    Debtors. | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 14–60041 (DRJ)<br>(Jointly Administered) |
| COOK INLET REGION, INC.,<br>    Plaintiff,<br><br>VS.<br><br>AIX ENERGY, LLC,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Case No.: 14–06002 |

## ORDER OF DISMISSAL
(Docket No. 7)

On this day came to be heard Plaintiff Cook Inlet Region, Inc.'s Unopposed Motion for Dismissal with Prejudice, and after due consideration, the Court finds that the Unopposed Motion for Dismissal with Prejudice, be GRANTED. It is therefore,

ORDERED that Plaintiff's Unopposed Motion for Dismissal with Prejudice is hereby GRANTED. It is further,

ORDERED that Adversary Proceeding No. 14-06002 is CLOSED. It is further,

ORDERED that all costs are taxed against the party incurring the same.

Signed: February 23, 2015.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

521242 000002 13666922.1